IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| CHRISTOPHER SCHOENFELD,       : | |
|     Plaintiff, | |
|     v.                                             : | Case No. 3:20-cv-159 |
| MERCEDES-BENZ USA, LLC, | JUDGE WALTER H. RICE |
|     Defendant.                             : | |

---

DECISION AND ENTRY OVERRULING AS MOOT DEFENDANT
MERCEDES-BENZ USA, LLC'S MOTION TO DISMISS (DOC. #10)

---

Given that Plaintiff Christopher Schoenfeld has filed a timely Amended Complaint, Doc. #11, the Court OVERRULES AS MOOT Defendant Mercedes-Benz USA, LLC's Motion to Dismiss, Doc. #10, which was directed at the original Complaint.

Date: May 29, 2020

                                              WALTER H. RICE
                                              UNITED STATES DISTRICT JUDGE